IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NIKHIL BHARATKUMAR JOSHI, PARVEZ PYARALI MANJIYANI, NOORIN JIWANI, SHERALI PYARALI LAKHANI, and AMINA SHERALI LAKHANI, | **4:23CV3049** |
| Plaintiffs, | **SHOW CAUSE ORDER** |
| vs. | |
| MERRICK GARLAND, Attorney General of the United States; ALEJANDRO MAYORKAS, Secretary of the U.S. Department of Homeland Security; UR MENDOZA JADDOU, Director of the U.S. Citizenship and Immigration Services; LOREN K. MILLER, Director of Nebraska Service Center of the U.S. Citizenship and Immigration Services; and CHRISTOPHER A. WRAY, Director of Federal Bureau of Investigation; | |
| Defendants. | |

Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiffs have not filed a return of service indicating service on Defendants, and Defendants have not voluntarily appeared.

Accordingly,

IT IS ORDERED that plaintiff shall have until August 14, 2023 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 24th day of July, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*

United States Magistrate Judge